HOPE HERRMANN, Respondent, *v.* KATHRYNE JORGEN-
SON et al., Appellants, and BARBARA JORGENSON,
Respondent.

(Submitted March 19, 1934; decided March 23, 1934.)

Motion for reargument denied, with ten dollars costs
and necessary printing disbursements. (See 263 N. Y.
348.)